UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ARCELORMITTAL USA LLC,<br><br>    Plaintiff,<br><br>and<br><br>AK STEEL CORPORATION,<br>NUCOR CORPORATION, and<br>UNITED STATES STEEL CORPORATION,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>PAO SEVERSTAL, and<br>SEVERSTAL EXPORT GMBH,<br><br>    Defendant-Intervenors. | Before: Gary S. Katzmann, Judge<br><br>Court No. 16-00168 |
| ARCELORMITTAL USA LLC,<br><br>    Plaintiff,<br><br>and<br><br>AK STEEL CORPORATION,<br>NUCOR CORPORATION, and<br>UNITED STATES STEEL CORPORATION,<br><br>    Plaintiff-Intervenors,<br><br>v. | Court No. 16-00173 |

UNITED STATES,

    Defendant,

and

NOVOLIPETSK STEEL PUBLIC JOINT STOCK COMPANY,

    Defendant-Intervenor.

---

ARCELORMITTAL USA LLC, AK STEEL CORPORATION, and NUCOR CORPORATION,

    Consolidated Plaintiffs,

and

UNITED STATES STEEL CORPORATION,

    Plaintiff-Intervenor,

v.

UNITED STATES,

    Defendant,

and

NOVOLIPETSK STEEL PUBLIC JOINT STOCK COMPANY, PAO SEVERSTAL, and SEVERSTAL EXPORT GMBH,

    Defendant-Intervenors.

Consol. Court No. 16-00214

Page 3

## ORDER

The court has given serious consideration to the arguments put forth by Defendant-Intervenors Severstal GmbH and PAO Severstal ("Severstal") in <u>ArcelorMittal USA LLC v. United States</u>, Court No. 16-00168, Defendant-Intervenor Novolipetsk Steel PJSC ("NLMK") in <u>ArcelorMittal USA LLC v. United States</u>, Court No. 16-00173, and Defendant-Intervenors NLMK and Severstal in <u>ArcelorMittal USA LLC v. United States</u>, Consol. Court No. 16-00214 in opposition to Plaintiffs' Motion for Reconsideration and Request for Oral Argument in each.

In Defendant United States' Response to Plaintiff's Motion for Reconsideration, the Defendant alters its position on its own Motions to Stay Further Proceedings in Court Nos. 16-00168 and 16-00173 pending the final outcome of Consol. Court No. 16-00214. In light of the fuller recitation of relevant circumstances now provided by the Defendant and the explanation of its recent alignment with Plaintiffs as to the optimal ordering of the matters which are the subject of the motions under consideration here, the court is persuaded that Plaintiffs' Motions should be Granted.

Accordingly, it is hereby

**ORDERED** that the court's January 12, 2017 Order denying Plaintiff's December 20, 2016 Partial Consent Motion to Stay Further Proceedings in Consol. Court No. 16-00214, January 12, 2017 Order granting Defendant's December 20, 2016 Motion to Stay Further Proceedings in Court No. 16-00168, and January 12, 2017 Order granting Defendant's Motion to Stay Further Proceedings in Court No. 16-00173 are VACATED; and it is further

**ORDERED** that Plaintiff's Partial Consent Motion to Stay Further Proceedings in Consol. Court No. 16-00214 is GRANTED; and it is further

**ORDERED** that Defendant's Motion to Stay Further Proceedings in Court No. 16-00168 is DENIED; and it is further

**ORDERED** that Defendant's Motion to Stay Further Proceedings in Court No. 16-00173 is DENIED; and it is further

**ORDERED** that Plaintiffs' Requests for Oral Argument as to the Motions for Reconsideration are DENIED.

/s/   Gary S. Katzmann
Judge

Dated: March 1, 2017
New York, New York